```
          UNITED STATES DISTRICT COURT
             DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| JUAN BORBON, | 1:20-cv-7188 (NLH) |
| Petitioner, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| NEW JERSEY STATE PAROLE BOARD, et al., | |
| Respondents. | |

**APPEARANCES**:

Juan Borbon
933272B
Southern State Correctional Facility
4295 Route 47
Unit 8R
Delmont, NJ 08314

    Petitioner pro se

**HILLMAN**, District Judge

    WHEREAS, Petitioner Juan Borbon filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging the New Jersey State Parole Board's decision denying him release in light of the COVID-19 pandemic, see ECF No. 1; and

    WHEREAS, the New Jersey Department of Corrections' Inmate Locator states Petitioner has been released by the state court, see Inmate Locator, available at https://www20.state.nj.us/DOC_Inmate/inmatefinder?i=I (last

visited Jan. 27, 2021); and

    WHEREAS, it appears Petitioner has received the requested relief from the state courts,

    THEREFORE, IT IS on this __28th__ day of __January__, 2021

    ORDERED that the petition is dismissed as moot; and

    ORDERED that the Clerk of the Court shall serve a copy of this Order on Petitioner by regular mail at his last known address and mark this case closed.

                                                        s/ Noel L. Hillman
At Camden, New Jersey              NOEL L. HILLMAN, U.S.D.J.